**Owen F. Carter, Plaintiff-Appellee, v. Montgomery Ward & Co., Incorporated, Defendant-Appellant.**

**Gen. No. 10,626.** 

Fourth District.

December 1, 1965.

Acton, Baldwin, Bookwalter & Meyer, of Danville (John M. Bookwalter, of counsel), for appellant; Lowenstein, Saikley & Hubbard, of Danville (Albert Saikley, of counsel), for appellee. Opinion by JUSTICE TRAPP. **Not to be published in full.**